IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GBEKE MICHAEL AWALA,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00239-MP-AK

JUSTICE QUINCE, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed as frivolous. The Magistrate issued the Report on April 8, 2009. The plaintiff has not filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 8) is ADOPTED and incorporated herein, and this case is DISMISSED as frivolous. The Clerk is directed to close the file.

**DONE AND ORDERED** this  *26th*  day of May, 2009

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge